# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF ROBERT ALVIN
FUHRMAN

NO.  2025 CW 1023

**FEBRUARY 9, 2026**

---

In Re:  Troy Allen Fuhrman, as Independent Executor of the Succession of Robert Alvin Fuhrman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 116482.

---

**BEFORE:  THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.